**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 22-6955**

---

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

YAYAH TALIB,

        Defendant - Appellant.

---

Appeal from the United States District Court for the Western District of Virginia, at Big Stone Gap.  James P. Jones, Senior District Judge.  (2:07-cr-00003-JPJ-1)

---

Submitted:  January 17, 2023                                  Decided:  January 20, 2023

---

Before KING and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Yayah Talib, Appellant Pro Se.  Whitney Demain Pierce, OFFICE OF THE UNITED STATES ATTORNEY, Abingdon, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Yayah Talib appeals the district court's order denying his motion for compassionate release, brought pursuant to 18 U.S.C. § 3582(c)(1)(A), as amended by the First Step Act of 2018, Pub. L. No. 115-391, § 603(b)(1), 132 Stat. 5194, 5239. After reviewing the record, we conclude that the district court did not abuse its discretion in denying Talib's motion. *See United States v. Kibble*, 992 F.3d 326, 329 (4th Cir.) (per curiam) (stating standard of review), *cert. denied*, 142 S. Ct. 383 (2021). Accordingly, we affirm the district court's order. *United States v. Talib*, No. 2:07-cr-00003-JPJ-1 (W.D. Va. Aug. 9, 2022). We deny Talib's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*